FILED
SEP 05 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

RAYLENN KENNETH BOYD,

    Defendant(s).

No. CR-17-00241-JSW-1

**ORDER RE: BOND REVOKED, AND DEFENDANT REMANDED TO CUSTODY FORTHWITH**

After conducting a Bail Review Hearing on September 5, 2017, the court found by clear and convincing evidence that the defendant violated his pretrial release conditions. The court further finds that there is no condition or combination of conditions of release that will assure that defendant will not flee or pose a danger to the safety of any other person or the community, and that defendant is unlikely to abide by any condition or combination of conditions of release. The court entered the following orders:

1. The defendant's bond issued on May 17, 2017 and filed on May 18, 2017 is REVOKED;
2. The defendant is REMANDED **forthwith** to the custody of the U.S. Marshal pending further proceedings before District Judge or until further order of this Court.

IT IS SO ORDERED.

Dated: September 5, 2017

DONNA M. RYU
United States Magistrate Judge

cc: Copy to parties via ECF, 2 certified copies to U.S. Marshal, Pretrial Services